**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAMERON COX and RAYMOND RAPKO, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>H&R BLOCK, INC., HRB TAX GROUP, INC., and HRB TECHNOLOGY, LLC,<br><br>　　Defendants. | CIVIL ACTION NO. 3:CV-13-1101<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 30th day of April, 2013, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

　　　　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge