# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMERON COX and RAYMOND RAPKO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>H&R BLOCK, INC., HRB TAX GROUP, INC., and HRB TECHNOLOGY, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 3:CV-13-1101<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 14th day of May, 2013, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file a second amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge